UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EARL ANDERSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:11CV 179 RWS/LMB |
| JEAN ANN JOHNSON, | ) |
| Respondent. | ) |

### MEMORANDUM

The petitioner has written the clerk asking why it is taking so long for his habeas case to be decided.

In the order of November 17, 2011, the court stated the reasons why both habeas cases and Social Security appeals take so long.

As the court stated in the order of November 17, 2011, the court handles the habeas cases assigned to it in the order they are filed. This is the only fair way. These cases are in addition to the regular civil and criminal cases headed for trial. The petitioner's case is No. 17 out of 34 pending habeas cases. There are also a number of Social Security appeals that are ahead of petitioner's case.

That is why there is the delay in resolving petitioner's case.

_____
LEWIS M. BLANTON
United States Magistrate Judge

Dated this 17th day of August, 2012.