UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| EARL ANDERSON, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:11CV179 RWS |
|  | ) |  |
| JEAN ANN JOHNSON, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## MEMORANDUM AND ORDER

As Judge Blanton has denied petitioner leave to amend and reaffirmed his Report and Recommendation issued on December 9, 2013 [Doc. # 21],

**IT IS HEREBY ORDERED** that petitioner shall until April 7, 2014 to file any objections to the Report and Recommendation and Judge Blanton's denial of the motion to amend.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2014.