UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EARL ANDERSON, | ) |
| Petitioner, | ) ) ) |
| vs. | )  Case No. 4:11CV179 RWS |
| JEAN ANN JOHNSON, | ) ) ) |
| Respondent. | ) |

# **MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's motion for relief from judgment under Fed. R. Civ. P. 59(e). On April 3, 2014, I overruled petitioner's objections to the Report and Recommendation filed on December 9, 2013 and denied petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner's present motion presents no new factual or legal arguments that convince me my prior decision was in error, so it will be denied. To the extent petitioner seeks a certificate of appealability, that request is denied as moot as the Court has already denied him a certificate of appealability in the Memorandum and Order and Judgment dated April 3, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion under Rule 59(e) [#29-1] is denied, and petitioner's alternative motion for certificate of appealability [#29-2] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2014.