UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EARL ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV179 RWS |
| | ) | |
| JEAN ANN JOHNSON, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's motion for appointment of counsel in this closed case. I entered Judgment denying petitioner's habeas petition on April 3, 2014, and I denied petitioner's 59(e) motion on April 23, 2014. There is nothing pending in this closed case, so the Court will not appoint counsel.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel [#31] is denied.


                                        _____
                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE

Dated this 11th day of August, 2014.